[Nos. 26697-7-I; 27973-4-I.   Division One.   June 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ANTHONY NOLAN, *Appellant*.

*In the Matter of the Personal Restraint of*
MICHAEL ANTHONY NOLAN, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00550-6, Carmen Otero, J., entered
August 6, 1990, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *dis-
missed* by unpublished opinion per Kennedy, J., concurred
in by Grosse, C.J., and Forrest, J.

[Nos. 26831-7-I; 26936-4-I.   Division One.   June 29, 1992.]

SHELLIE DUNAGAN, *Appellant*, v. FARMERS INSURANCE
COMPANY OF WASHINGTON, *Respondent*.

FARMERS INSURANCE COMPANY OF WASHINGTON,
*Appellant*, v. RANDOLPH F. JONES,
ET AL, *Respondents*.

Appeals from judgments of the Superior Court for King
County, No. 87-2-22095-8, James J. Dore and Robert H.
Alsdorf, JJ., entered August 1, 1990, June 8, 1989, and July
3, 1990. *Affirmed* by unpublished opinion per Pekelis, J.,
concurred in by Grosse, C.J., and Baker, J.

[No. 27370-1-I.   Division One.   June 29, 1992.]

BRYAN L. EKEN, ET AL, *Respondents*, v. LAWRENCE A.
WEBB, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 87-2-21628-4, James D. McCutcheon, Jr., J.,
entered November 15, 1990. *Affirmed in part, reversed in
part,* and *remanded* by unpublished per curiam opinion.